# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MADDERN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LLOYD AUSTIN in his capacity as Secretary of the United States Department of Defense,<br><br>　　　　　　　　Defendants. | Case No.: 21cv1298-MMA (BLM)<br><br>**ORDER REQUIRING MEET AND CONFER AND SETTING BRIEFING SCHEDULE** |

　　　The above-entitled case was initiated on July 19, 2021, when Plaintiff filed a complaint pursuant to the Administrative Procedures Act. ECF No. 1.

　　　On December 3, 2021, Judge Anello issued a Scheduling Order requiring Defendant to lodge the Administrative Record by January 4, 2022, and ordering that dispositive motions be filed by May 8, 2022. ECF No. 6. Judge Anello noted that apart from four narrow exceptions, the Administrative Procedures Act ("APA") requires the Court to evaluate an agency decision only on the administrative record that was before the agency when it made its decision. Id. at 1. Accordingly, Judge Anello ordered that "[t]o the extent either party wishes to open formal discovery for the limited purpose of augmenting the administrative record within one of the exceptions noted above, they must contact the assigned magistrate judge's chambers to discuss whether such limited discovery is permissible." Id. at 2.

On December 8, 2021, Plaintiff's counsel, Mr. A. Eli Aizenman, contacted Judge Major's Chambers regarding the opening of discovery. Accordingly, the Court issues the following orders:

1. Plaintiff's counsel must meet and confer with defense counsel regarding both the scope of the desired discovery and the legal basis for the discovery by **December 17, 2021**. If the attorneys reach an agreement regarding the discovery, they must file a joint motion requesting discovery by **December 29, 2021**, 1) identifying the specific discovery that will be conducted, 2) providing legal authority for the desired discovery in this APA litigation, including which exceptions justify augmentation of the record, and 3) explaining the relevance of the desired discovery to the issues in this case.

2. If the parties are unable to resolve the dispute, Plaintiff must file a motion requesting discovery by **December 29, 2021** and Defendant must file any opposition by **January 10, 2022**. The parties' pleadings must address the three issues set forth above in paragraph 1.

3. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

**IT IS SO ORDERED.**

Dated: 12/9/2021

Hon. Barbara L. Major
United States Magistrate Judge