UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MADDERN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LLOYD AUSTIN in his capacity as Secretary of the United States Department of Defense,<br><br>　　　　　　　　　　　Defendants. | Case No.: 21cv1298-MMA (BLM)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY**<br><br>**[ECF NO. 17]** |

On December 29, 2021, Plaintiff filed a Motion for Discovery. ECF No. 9. Defendant opposed the motion on January 10, 2022. ECF No. 14.

On January 14, 2022, Plaintiff filed a Motion for Leave to File Reply. ECF No. 17. In support, Plaintiff states that

> Good cause exists for a reply because the Defendant has resisted a motion for discovery by producing previously withheld documents (that would have been the subject of the requested discovery) and a declaration in support of the same. Because they were not available to Plaintiff for, in some cases, nearly two years, obviously, Plaintiff could not have addressed them in his opening papers. The additional materials produced are only some of the information requested and actually bolster Plaintiff's case for discovery.

Id. at 2. Plaintiff attached the proposed reply to the motion. ECF No. 17-1.

On January 18, 2022, Defendant filed an opposition to Plaintiff's Motion for Leave to File A Reply Brief in Support of Motion for Discovery. ECF No. 19. Defendant contends that a reply is not necessary because in December 2021, Defendant offered to produce to Plaintiff all of the relevant emails, including the ones submitted with Defendant's opposition. Id. at 2. Defendant also explained that the declaration referenced by Plaintiff does not support a reply because it "confirm[ed] that no other *ex parte* communications between agency counsel and the Administrative Judge exist other than those identified in the briefs" and defense counsel provided the following clarification to Plaintiff's counsel regarding the alleged *ex parte* communications:

> I have nevertheless confirmed with Attorney Greer that she neither had any *ex parte* phone conversations with AJ Noel, nor did she ever speak with AJ Noel via phone at any time following the hearing. All phone conversations in this case occurred prior to the hearing and included you as a participant.

Id. at 3, Exh. 1.

Plaintiff's motion is **GRANTED**. The Court will consider both Plaintiff's reply and the information set forth in Defendant's opposition to the motion to file a reply.

**IT IS SO ORDERED.**

Dated: 1/27/2022

Hon. Barbara L. Major
United States Magistrate Judge