Avraham E. Aizenman (SBN 304668)
Email: eaizenman@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

James Pistorino (SBN 226496)
Email: james@dparrishlaw.com
Parrish Law Offices
224 Lexington Dr.
Menlo Park, CA 94025
Telephone: (650) 400-0043

Attorneys for Plaintiff
Ronald Maddern

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MADDERN,<br><br>        Plaintiff,<br><br>   vs.<br><br>LLOYD AUSTIN, in his capacity as Secretary of the United States Department of Defense,<br><br>        Defendant. | Case No. 21-cv-1298-MMA-BLM<br><br>**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: June 27, 2022<br>Time: 2:30 p.m.<br>Dep't: 3-C<br>Judge: Hon. Michael M. Anello |

EXHIBIT A

PLAINTIFF'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS

Plaintiff Ronald Maddern respectfully submits the following Separate Statement of Undisputed Material Facts in support of its Motion for Summary Judgment:

| No. | Undisputed Material Fact | Supporting Evidence |
|---|---|---|
| 1. | Prior to the filing of this case, Maddern was not provided with a copy of the recommended decision or a reasonable opportunity to submit exceptions. | Dkt. #21, at ¶ 85; Dkt. #24, at ¶ 85. |
| 2. | The Superion product was covered by Medicare. | AR1163; AR1214; AR1237-8; AR1247; AR1260-1. |
| 3. | Use of the Superion product results in decreased/no need for ongoing opioid treatments as compared to a laminectomy. | AR1073-78; AR1207-12; AR1235-6. |
| 4. | Before Mr. Maddern's procedures, a CPT Category I code applicable to the Superion product had issued. | AR1260-1. |
| 5. | Prior to Mr. Maddern's procedures, the Superion product received FDA pre-market approval. | AR976-1044. |
| 6. | The articles submitted at AR1045-1073 of the two, three, four, and five year studies of the Superion product reported the results of well-controlled studies with clinically meaningful end-points published in refereed medical journals. | AR1045-1073; AR1228-37. |

| | | |
|---|---|---|
| 7. | A laminectomy would not have been safe to perform on Mr. Maddern. | AR1203-5; AR1299. |
| 8. | At three years, laminectomy's had an efficacy rate in the range of 60%. | AR1199-1203. |
| 9. | At three years, the Superion product had an efficacy rate of between 81% and 91%. | AR1053. |
| 10. | At five years, the Superion product had an efficacy rate of 84%. | AR1064. |
| 11. | Compared to a laminectomy measured by back and leg pain, ODI score, and ZCQ scope uniformly favored using the Superion product. | AR1108. |
| 12. | There is a consensus of the experts that there is the highest level of evidence that the Superion product is beneficial for patients. | AR1090-1114; AR1244-46. |
| 13. | The X-STOP product and the Superion product are different products, made by different manufacturers, using different approaches. | A1045; A1056; A1074; A1104; A1106; A1121; A1131; A1250-51; A1263; AR1266. |
| 14. | FDA approved surgically implanted devices required to treat illness or injury to the musculoskeletal system were a covered TriCare benefit when Mr. Maddern had the procedures. | AR1294. |
| 15. | There was no exclusion of the Superion product in the TriCare Policy Manual when Mr. Maddern had the procedures. | AR1296. |

– 3 –
EXHIBIT A
PLAINTIFF'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS

| | | |
|---|---|---|
| DATED: May 12, 2022 | | Reed Smith LLP |
| | By: | s/ Avraham E. Aizenman |
| | | Avraham E. Aizenman |
| | | Attorneys for Plaintiff, Ronald Maddern |
| | | Email:  eaizenman@reedsmith.com |
| | By: | s/ James C. Pistorino |
| | | James C. Pistorino |
| | | Attorneys for Plaintiff, Ronald Maddern |
| | | Email:  james@dparrishlaw.com |
| | | *Attorneys for Plaintiff* |