RANDY S. GROSSMAN
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7665
Fax: (619) 546-7751
Email: glen.dorgan@usdoj.gov

Attorneys for Defendant LLOYD AUSTIN, Secretary U.S. Dept. of Defense

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MADDERN,<br><br>              Plaintiff,<br><br>v.<br><br>LLOYD AUSTIN, in his capacity as Secretary of the United States Department of Defense,<br><br>              Defendants. | Case No. 3:21-cv-01298-MMA-BLM<br><br>**JOINT MOTION TO CONTINUE HEARING ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT** |

The parties, Plaintiff RONALD MADDERN ("Plaintiff") and Defendant LLOYD AUSTIN, in his capacity as Secretary of the United States Department of Defense ("Defendant"), jointly move for an order continuing the hearing on the parties' separate motions for summary judgment from 2:30 p.m. on October 3, 2022, to 2:30 p.m. on October 12, 2022, and submit that good causes exists for this relief based on the following:

    1.    Presently pending before the Court are two motions for summary judgment, one filed by Plaintiff [ECF #33] and one filed by Defendant [ECF #32].

    2.    On August 25, 2022, the Court issued a minute order setting both motions for oral argument on October 3, 2022, at 2:30 p.m.

///

3.     The undersigned counsel for Defendant has a pre-existing conflict with the hearing scheduled for October 3, 2022, namely a deposition previously scheduled in another case involving multiple parties. Accordingly, Plaintiff and his counsel have graciously agreed at the request of Defense counsel, and subject to the Court's approval, to continue the hearing in this matter to 2:30 p.m. on October 12, 2022.

Date: August 31, 2022

RANDY S. GROSSMAN
United States Attorney

By /s/ *Glen F. Dorgan*
GLEN F. DORGAN
Attorneys for Defendant

Date: August 31, 2022

PARRISH LAW OFFICES

By /s/ *James Pistorino*
JAMES PISTORINO
Attorneys for Plaintiff

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to James Pistorino, counsel for Plaintiff, and that I have obtained authorization from Mr. Pistorino to affix his signature to this document.

Date: August 31, 2022

By /s/ *Glen F. Dorgan*
GLEN F. DORGAN
Assistant United States Attorney
Attorneys for Defendant