# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MADDERN,<br><br>                          Plaintiff,<br><br>v.<br><br>LLOYD AUSTIN,<br><br>                          Defendant. | Case No. 21-cv-1298-MMA (BLM)<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT** |

    On October 20, 2022, the Court granted summary judgment in Defendant's favor as to Claims 1, 3, 4, 5, 6, 7, and 8, and summary judgment in Plaintiff's favor as to his second cause of action brought pursuant to 5 U.S.C. § 706(2)(A). *See* Doc. No. 49. The Court remanded the case to the DHA for further consideration of Plaintiff's entitlement to cost-sharing. *See id.* Because this concludes the current litigation in this matter, the Court **DIRECTS** the Clerk of Court to enter judgment accordingly and close this case.

    **IT IS SO ORDERED**.

Dated: January 10, 2023

                                        HON. MICHAEL M. ANELLO
                                        United States District Judge